EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Javier Pérez Rojas | 2024 TSPR 8 <br><br> 213 DPR ___ |

Número del Caso: TS-9,428

Fecha: 30 de enero de 2024

Representante legal de la parte peticionaria:

      Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Javier Pérez Rojas                    TS-9,428

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de enero de 2024.

Atendidas la *Urgentísima moción sometiendo evidencia de pago de multas del PEJC y en solicitud de reinstalación al ejercicio de la abogacía*, así como la *Moción urgentísima sometiendo certificación de cumplimiento de PEJC solicitando reinstalación al ejercicio de la abogacía* presentadas por el Sr. Javier Pérez Rojas, se reinstala al señor Pérez Rojas al ejercicio de la abogacía.

Se reactiva la Querella CP-2020-0015 y se ordena a la Secretaría continuar con el trámite ordinario de la querella.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres denegaría la solicitud de reinstalación en esta etapa y hasta que se adjudique la querella núm. CP-2020-0015. En protección del interés público, deberíamos dar a las solicitudes de reinstalación el mismo trato que a las solicitudes de admisión y, por ello, se debe concluir la

investigación de cualquier señalamiento contra el solicitante, antes de reactivar su licencia.


                                        Javier O. Sepúlveda Rodríguez
                                        Secretario del Tribunal Supremo